UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DELILAH ESCALANTE,

    Plaintiff,

v.                                                             Case No. 14-12928

CONSUMERS ENERGY COMPANY,

    Defendants.
                                               /

**ORDER SUSPENDING DEADLINES**

On September 10, 2014, the court held an off the record scheduling conference with the parties. The court recognizes that the parties are discussing reaching an amicable resolution to this matter and finds no need for court supervision at this time. If the parties have not reached an amicable resolution by October 9, 2014, the court will conduct a telephone conference on that date to determine the status of their efforts. Accordingly,

IT IS ORDERED that all deadlines are SUSPENDED until **October 9, 2014.** The Parties are DIRECTED to inform the court of any resolution on or before **October 9, 2014.** If no resolution has been reached by October 9, 2014, counsel are DIRECTED to appear for a conference, by telephone, on **October 9, 2014, at 11:00 am.**

                                                       s/Robert H. Cleland
                                                       ROBERT H. CLELAND
                                                       UNITED STATES DISTRICT JUDGE

Dated: September 19, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 19, 2014, by electronic and/or ordinary mail.

                                            s/Lisa Wagner
                                            Case Manager and Deputy Clerk
                                            (313) 234-5522